1
2
3
4
5
6
7
8
9
10
11

**United States District Court**
For the Northern District of California

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALICE CORDOVA, | ) | Case No.:10-CV-00828-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER EXTENDING DEADLINES |
| | ) | PER STIPULATION |
| BURKE INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties have stipulated to extend the case deadlines.  The Court sets the schedule set forth below.  Because the deadlines have already been extended once, no further extensions will be granted.

Further CMC:                              May 11, 2011 at 2 p.m.

Non-Expert Discovery Cutoff:      May 31, 2011

Opening Expert Reports:              June 15, 2011

Rebuttal Expert Reports:              June 29, 2011

Expert Discovery Cutoff:              July 8, 2011

Dispositive Motion Filing Deadline: July 22, 2011

Hearing on Dispositive Motions:    August 25, 2011 at 1:30 p.m.

Pretrial Conference:                    October 12, 2011 at 2 p.m.

Trial:                                        November 14, 2011 at 9 a.m. in courtroom 4, 5th floor.

Case No.:10-CV-00828-LHK
ORDER EXTENDING DEADLINES

1

2      **IT IS SO ORDERED.**

3      Dated:  March 28, 2011



4                                                    LUCY H. KOH
                                                     United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California