1  Lorraine P. Ocheltree (SBN 151791)
   **DUANE MORRIS LLP**
2  One Market, Spear Tower, Suite 2000
   San Francisco, CA 94105-1104
3  Telephone: 415.957.3000
   Facsimile: 415.957.3001
4  E-Mail:   lpocheltree@duanemorris.com

5  Joseph A. Ciucci
   (ADMITTED *PRO HAC VICE*)
6  **DUANE MORRIS LLP**
   Atlantic Center Plaza
7  1180 West Peachtree Street NW, Suite 700
   Atlanta, GA 30309-3448
8  Telephone: 404.253.6900
   Facsimile: 404.253.6901
9  E-mail:    jaciucci@duanemorris.com

10 Attorney for Defendant
   MANNINGTON MILLS, INC.
11 (improperly pled as BURKE INDUSTRIES, INC.)

12 Edward F. Cullen (SBN 133155)
   Amy Carlson (SBN 213294)
13 WILLIAMS, PINELLI & CULLEN, LLP
   110 North Third Street
14 San Jose, CA 95122
   Telephone: 408.288.3868
15 Facsimile: 408.288.3860
   Email: amy@calemploy.com

17 Attorney for Plaintiff Alice Cordova

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE CORDOVA,<br><br>    Plaintiff,<br><br>    v.<br><br>BURKE INDUSTRIES INC.<br><br>    Defendant. | Case No.: C 10-00828 EJD<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

Plaintiff Alice Cordova ("Plaintiff"), by and through her undersigned counsel, and Defendant Burke Industries, Inc. ("Defendant"), by and through its undersigned counsel, hereby enter into the following Joint Stipulation:

WHEREAS Defendant filed its Motion for Summary Judgment in this matter on July 22, 2011, pursuant to a March 28, 2011 Order Extending Deadlines Per Stipulation ("Prior Order").

WHEREAS the hearing on the Motion for Summary Judgment was originally noticed for August 25, 2011, as previously agreed and included in the Prior Order.

WHEREAS, Plaintiff's Response to Defendant's Motion for Summary Judgment is currently due on August 5, 2011, and Defendant's Reply Brief is currently due on August 12, 2011.

WHEREAS the parties received notice from the clerk that the hearing on the Motion for Summary Judgment has been rescheduled to January 20, 2012.

WHEREAS the parties have agreed to extend the summary judgment briefing schedule in light of the fact that the hearing date has been continued.

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate and agree as follows:

1. Plaintiff's Response to Defendant's Motion for Summary Judgment shall be due on or before August 19, 2011.

2. Defendant's Reply in support of its Motion for Summary Judgment shall be due on or before September 2, 2011.

Dated: August 2, 2011.              **DUANE MORRIS LLP**

                        By:    /s/ Lorraine P. Ochletree
                               Lorraine P. Ocheltree (SBN 151791)
                               Joseph A. Ciucci (admitted *pro hac vice*)
                               Attorneys for Defendant
                               MANNINGTON MILLS, INC.

Dated:  August 2, 2011

                        By:    /s/ Amy Carlson
                               Amy Carlson (SBN 213294)
                               Attorney for Plaintiff
                               ALICE CORDOVA

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE

DM2\2950395.2                           2                       Case No.: C 10-00828 EJD

**ORDER**

IT IS SO ORDERED.

Dated: August  4, 2011.

_____
Honorable Judge Edward J. Davila
United States District Court

## GENERAL ORDER 45 CERTIFICATION

I, Lorraine P. Ocheltree, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 2, 2011.

**DUANE MORRIS LLP**

By: /s/ Lorraine P. Ocheltree
Lorraine P. Ocheltree
Attorneys for Defendant
MANNINGTON MILLS, INC.