Lorraine P. Ocheltree (SBN 151791)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:    lpocheltree@duanemorris.com

Joseph A. Ciucci
(ADMITTED *PRO HAC VICE*)
**DUANE MORRIS LLP**
Atlantic Center Plaza
1180 West Peachtree Street NW, Suite 700
Atlanta, GA 30309-3448
Telephone: 404.253.6900
Facsimile: 404.253.6901
E-mail:    jaciucci@duanemorris.com

Attorney for Defendant
MANNINGTON MILLS, INC.
(improperly pled as BURKE INDUSTRIES, INC.)

Edward F. Cullen (SBN 133155)
Amy Carlson (SBN 213294)
WILLIAMS, PINELLI & CULLEN, LLP
110 North Third Street
San Jose, CA 95122
Telephone: 408.288.3868
Facsimile: 408.288.3860
Email: amy@calemploy.com

Attorney for Plaintiff Alice Cordova

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE CORDOVA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BURKE INDUSTRIES INC.<br><br>　　　　　Defendant. | Case No.: C 10-00828 EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SUMMARY JUDGMENT REPLY BRIEFING SCHEDULE** |

1  Plaintiff Alice Cordova ("Plaintiff"), by and through her undersigned counsel, and Defendant Burke Industries, Inc. ("Defendant"), by and through its undersigned counsel, hereby enter into the following Joint Stipulation:

WHEREAS Defendant filed its Motion for Summary Judgment in this matter on July 22, 2011, pursuant to a March 28, 2011 Order Extending Deadlines Per Stipulation ("Prior Order").

WHEREAS Plaintiff filed her Opposition to Defendant's Motion for Summary Judgment on August 19, 2011;

WHEREAS, Defendant's Reply brief is currently due on September 2, 1011;

WHEREAS the parties have agreed to extend the deadline for Defendant to file its reply brief in light of a recent death and illness in the family of defense counsel;

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate and agree as follows:

Defendant's Reply in support of its Motion for Summary Judgment shall be due on or before September 9, 2011.

Dated: August 31, 2011.               **DUANE MORRIS LLP**

By: /s/ Lorraine P. Ocheltree
Lorraine P. Ocheltree (SBN 151791)
Joseph A. Ciucci (admitted *pro hac vice*)
Attorneys for Defendant
MANNINGTON MILLS, INC.

Dated: August 31, 2011

By: /s/ Amy Carlson
Amy Carlson (SBN 213294)
Attorney for Plaintiff
ALICE CORDOVA

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE

C:\Documents and Settings\mehagan\Desktop\Joint Stipulation Extending MSJ Briefing.DOCX
Case No.: C 10-00828 EJD

2

**ORDER**

IT IS SO ORDERED.   Defendant's reply shall be due on or before September 9, 2011.

Dated: September  7 , 2011.

_____
Honorable Judge Edward J. Davila
United States District Court

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE

C:\Documents and Settings\mehagan\Desktop\Joint Stipulation Extending MSJ Briefing.DOCX
Case No.: C 10-00828 EJD

3

## **GENERAL ORDER 45 CERTIFICATION**

I, Lorraine P. Ocheltree, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 1, 2011.

**DUANE MORRIS LLP**

By: /s/ Lorraine P. Ocheltree
Lorraine P. Ocheltree
Attorneys for Defendant
MANNINGTON MILLS, INC.