Lorraine P. Ocheltree (SBN 151791)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:   lpocheltree@duanemorris.com

Joseph A. Ciucci
(ADMITTED *PRO HAC VICE*)
**DUANE MORRIS LLP**
Atlantic Center Plaza
1180 West Peachtree Street NW, Suite 700
Atlanta, GA 30309-3448
Telephone: 404.253.6900
Facsimile: 404.253.6901
E-mail:   jaciucci@duanemorris.com

Attorney for Defendant
MANNINGTON MILLS, INC.
(improperly pled as BURKE INDUSTRIES, INC.)

Edward F. Cullen (SBN 133155)
Amy Carlson (SBN 213294)
WILLIAMS, PINELLI & CULLEN, LLP
110 North Third Street
San Jose, CA 95122
Telephone: 408.288.3868
Facsimile: 408.288.3860
Email: amy@calemploy.com

Attorney for Plaintiff Alice Cordova

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE CORDOVA,<br><br>  Plaintiff,<br><br>v.<br><br>BURKE INDUSTRIES INC.<br><br>  Defendant. | Case No.: C 10-00828 EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SUMMARY JUDGMENT REPLY BRIEFING SCHEDULE** |

Plaintiff Alice Cordova ("Plaintiff"), by and through her undersigned counsel, and Defendant Burke Industries, Inc. ("Defendant"), by and through its undersigned counsel, hereby enter into the following Joint Stipulation:

WHEREAS Defendant filed its Motion for Summary Judgment in this matter on July 22, 2011, pursuant to a March 28, 2011 Order Extending Deadlines Per Stipulation ("Prior Order").

WHEREAS Plaintiff filed her Opposition to Defendant's Motion for Summary Judgment on August 19, 2011;

WHEREAS, Defendant's Reply brief is currently due on September 2, 1011;

WHEREAS the parties have agreed to extend the deadline for Defendant to file its reply brief in light of a recent death and illness in the family of defense counsel;

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate and agree as follows:

Defendant's Reply in support of its Motion for Summary Judgment shall be due on or before September 9, 2011.

Dated: August 31, 2011.   **DUANE MORRIS LLP**

By:   /s/ Lorraine P. Ocheltree
Lorraine P. Ocheltree (SBN 151791)
Joseph A. Ciucci (admitted *pro hac vice*)
Attorneys for Defendant
MANNINGTON MILLS, INC.

Dated:  August 31, 2011

By:   /s/ Amy Carlson
Amy Carlson (SBN 213294)
Attorney for Plaintiff
ALICE CORDOVA

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING SUMMARY JUDGMENT BRIEFING SCHEDULE

## ORDER

IT IS SO ORDERED.  Defendant's reply shall be due on or before September 9, 2011.

Dated: September  7 , 2011.

_____
Honorable Judge Edward J. Davila
United States District Court

## GENERAL ORDER 45 CERTIFICATION

I, Lorraine P. Ocheltree, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 1, 2011.

**DUANE MORRIS LLP**

By: /s/ Lorraine P. Ocheltree
Lorraine P. Ocheltree
Attorneys for Defendant
MANNINGTON MILLS, INC.